251st District Court
in And For
Randal County Texas

52,971-08

EX Parte

Westerby

TDCJ-ID No#579969

W-4872-C7

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 09 2015
Abel Acosta, Clerk

Answer to District Attorney

To The Court (Yep I wach tv Too)
Tex Gov't Code 501.0081 is Not in
my Legiclatore I in 65th I did my
Crime Nov 28 1984 I did get lock
up in March 1990 But under Art. 1 Sec 10
of Texas Constitution Said we do Make
No Law or No Rule That hurt Inmate in Legiclatore
did There Crime in This Gov't Rule hurt me
it done 1990 But Law Said when do crime in
or Grand Jueey But I got None even potter
County Charge I plea Guity to Complaint So Fall
under 65th Legiclatore Teague Vs Quarterman
482 F 3d 769 Preiser V Rodriguez 93 5ct 1827
Both winner.

For the offender Houghton v Shafer
88 SCt 2119 Cooper V Pate 84 SCt 1733
Haines v Kerner 92 SCt 594
jacobellis v ohio 84 Sct 1676

All These cases won By offender
und got good Time Back

Now Tex Gov't Øcode 501, 0081

like said it's Not in Legislation
That 71st when law past in 65th
under Art 1 Sec. 10 of TEXAS constitution
it Not Law or Rule That I have Fallow
This Bill of Right is Law you have
Fallow The law clear what Legislation
That Nov 28 1984 is under if under
71st come up 2005 But did Not came up
2010 Meed under 65th Legislation

I Made my point Now prayer

prayer I ASK This court Let go to 7th court Appeal in Amarillo to get good Time Back Short way Discharge or Mantoree suppuion or prole ASK This Court Grant my Relese And Send Back to county.

I Hear By Sign on Jan 1 2016

as plantiff

Sign

Date 01/01/15

251st District Court
in And For
Randal County Texas

W-4872-C7

EX Parte
Westerby
TDCJ-ID No#579967

Answer to District Attorney

To The court (yes I wach tv Too)

Tex Gov't Code 501.0081 is Not in
my Legiclatore I in 65th I did my
Crime Nov 28 1984 I did get louck
up in March 1990 But under Art. 1 Sec 10
of Texas Constitution Said we do Make
No Law or No Rule That hurt Inmate in Legiclatore
did There Crime in This Gov't Rule hurt me
it done 1990 But Law Said when do Crime in
or Grand Jufery But I got None
County Charge I plea Guity to Complaint So Fall
under 65th Legiclatore Teague Vs Querterman
482 F3d 769   Preiser V Rodriguez 93 Sct 1827
Both winner

even potter

For The offender Houghton v Shafer
88 SCt 2119 Cooper v Pate 84 SCt 1733
Haines v Kerner 92 SCt 594
jacobellis v ohio 84 SCt 1676

All These case's won By offender
and got good Time Back

Now Tex Gov't code 501, 0081

like Said it's Not in Legislation
That 71st when law past then 65th
under Art 1 Sec. 10 of Texas Constitution
it Not Law or Rule That I have Fallow
This Bill of Right is Law you have
Fallow The law Clear What Legislation
That Nov 28 1984 is under if under

71st Come up 2005 But did Not Came up
2010 Meed under 65th Legislation

I Made my point Now prayer

prayer I ASK This court Let go to
7th court Appeal in Amarillo to set good
Time Back Short way Discharge
Or Mantoree suppvion or prole
ASK This court GrAnt my Relese
And Send Back to County

I Made By Sign en jan 1 2015
as plantiff

Sign _____

Date 01/01/15